# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140858

STATE FARM FIRE & CASUALTY
COMPANY,
      Plaintiff-Appellee,

v

BAY CITY ELECTRIC LIGHT & POWER,
      Defendant-Appellant,

and

CITY OF BAY CITY,
      Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140858
COA: 289466
Bay CC: 07-003401-CZ

      On order of the Court, the application for leave to appeal the February 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

s0621

_____
Clerk